UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| ROGER SLADE & | ) | |
| JUANITA MICHELLE SLADE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO.  5:17-cv-00343-REW-CJS |
| | ) | |
| G.L. A. COLLECTION COMPANY, | ) | |
| INCORPORATED, | ) | |
| And | ) | |
| REBECCA SCOTT, INDIVIDUALLY | ) | |
| AND AS AN EMPLOYEE OF G.L.A. | ) | |
| COLLECTION  COMPANY, | ) | |
| INCORPORATED | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF SETTLEMENT

Defendants, G.L.A. Collection Company, Incorporated, and Rebecca Scott Individually and as an Employee of G.L.A. Collection Company, Incorporated by and through its undersigned attorneys, William E. Smith, III  of the law firm of Kightlinger & Gray, LLP hereby notifies this Honorable Court that it has reached a settlement with Plaintiffs on this matter.  Dismissal papers will be filed upon finalizing settlement.

Respectfully submitted,
KIGHTLINGER & GRAY, LLP

BY:   /s/ William E. Smith, III
      William E. Smith, III
      *Counsel for Defendant, G.L.A.*
      *Collection Company, Incorporated and*
      *Rebecca Scott Individually and as an*
      *Employee of G.L.A. Collection*
      *Company, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, a copy of the foregoing **"Notice of Settlement"** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

> Brian T. Canupp, PSC
> 322 Main St.
> Paris, KY  40361
> brian@canupplaw.com
> *Counsel for Plaintiffs*

/s/ William E. Smith, III
William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:  (812) 949-2300
FAX:  (812) 949-8556
E-MAIL:  wsmith@k-glaw.com

171269\4614375-1