UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
**F I L E D**

JUL 13 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ROGER SLADE & <br> JUANITA MICHELLE SLADE <br><br> Plaintiff <br><br> vs. <br><br> G.L. A. COLLECTION COMPANY, <br> INCORPORATED, <br> And <br> REBECCA SCOTT, INDIVIDUALLY <br> AND AS AN EMPLOYEE OF G.L.A. <br> COLLECTION COMPANY, <br> INCORPORATED <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 5:17-cv-00343-REW-CJS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

The Plaintiffs, Roger Slade and Juanita Michelle Slade, and the Defendants, G.L.A. Collection Company, Incorporated, and Rebecca Scott, individually and as an employee of GLA Collection Company, Inc., having filed their Stipulation of Dismissal, and the same having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled as they relate to the Plaintiffs and the Defendants, G.L.A. Collection Company, Incorporated, and Rebecca Scott, individually and as an employee of G.L.A. Collection Company, Incorporated, the Court now APPROVES the parties' Stipulation of Dismissal, and it is,

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice and said parties are to pay their own costs.

DATED 7/13/18

JUDGE, U.S. District Court
Eastern District of Kentucky
Lexington Division

TENDERED BY:

/s/ William E. Smith, III
KIGHTLINGER & GRAY, LLP
BY: William E. Smith, III
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL: wsmith@k-glaw.com
Counsel for G.L.A. Collection Company, Incorporated

DISTRIBUTION TO:

William E. Smith, III
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150

Brian T. Canupp
Brian T. Canupp, PSC
322 Main St.
Paris, KY 40361

171269\4617905-1